SCWC-13-0001579

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN THE MATTER OF

BERNARD KUAMOO,
Petitioner/Complainant-Employee/Appellant-Appellant,

and

STATE OF HAWAI'I, DEPARTMENT OF PUBLIC SAFETY (2010-122),
Respondent/Respondent-Employer/Appellee-Appellee,

and

STATE OF HAWAI'I, MERIT APPEALS BOARD, COLLEEN R. MEYER;
VALERIE B. PACHECO; ALVIN M. YOSHIMORI (MAB CASE NO. 265),
Respondents/Agency/Appellees-Appellees
(CIVIL NO. 12-1-1624)

---

IN THE MATTER OF

DENISE GABRIEL,
Petitioner/Complainant-Employee/Appellant-Appellant,

and

STATE OF HAWAI'I, DEPARTMENT OF PUBLIC SAFETY (2010-123),
Respondent/Respondent-Employer/Appellee-Appellee,

and

STATE OF HAWAI'I, MERIT APPEALS BOARD; COLLEEN R. MEYER;
VALERIE B. PACHECO; ALVIN M. YOSHIMORI (MAB CASE NO. 266),
Respondents/Agency/Appellees-Appellees
(CIVIL NO. 12-1-1680)

IN THE MATTER OF

ARASI MOSE,
Petitioner/Complainant-Employee/Appellant-Appellant,

and

STATE OF HAWAIʻI, DEPARTMENT OF PUBLIC SAFETY (2011-025),
Respondent/Respondent-Employer/Appellee-Appellee,

and

STATE OF HAWAIʻI, MERIT APPEALS BOARD; ALVIN M. YOSHIMORI;
VALERIE B. PACHECO, JANICE T. KEMP (MAB CASE NO. 274),
Respondents/Agency/Appellees-Appellees
(CIVIL NO. 12-1-2269)

IN THE MATTER OF

KELII LAU,
Petitioner/Complainant-Employee/Appellant-Appellant,

and

STATE OF HAWAIʻI, DEPARTMENT OF PUBLIC SAFETY (2011-022),
Respondent/Respondent-Employer/Appellee-Appellee,

and

STATE OF HAWAIʻI, MERIT APPEALS BOARD; ALVIN M. YOSHIMORI;
VALERIE B. PACHECO; JANICE T. KEMP (MAB CASE NO. 275),
Respondents/Agency/Appellees-Appellees
(CIVIL NO. 12-1-2270)

IN THE MATTER OF

FIAFIA SATARAKA,
Petitioner/Complainant-Employee/Appellant-Appellant,

and

STATE OF HAWAIʻI, DEPARTMENT OF PUBLIC SAFETY (2011-023),
Respondent/Respondent-Employer/Appellee-Appellee,

and

STATE OF HAWAI‘I, MERIT APPEALS BOARD; ALVIN M. YOSHIMORI;
VALERIE B. PACHECO; JANICE T. KEMP (MAB CASE NO. 277),
Respondents/Agency/Appellees-Appellees
(CIVIL NO. 12-1-2271)

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0001579)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Complainants-Employees/Appellants-

Appellants Bernard Kuamoo, Denise Gabriel, Arasi Mose, Kelii Lau

and Fiafia Sataraka's application for writ of certiorari filed on

November 14, 2016, is hereby accepted and will be scheduled for

oral argument.  The parties will be notified by the appellate

clerk regarding scheduling.

DATED:  Honolulu, Hawai‘i, December 23, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



3